[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 27, 2006
THOMAS K. KAHN
CLERK

Nos. 04-13223 & 04-13224
Non-Argument Calendar

_____

D. C. Docket No. 03-00210-CR-WS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMIE DEMOND BELL,
a.k.a. Jammy Demond Bell,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Southern District of Alabama

_____

(March 27, 2006)

Before BIRCH, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

Lila Cleveland, appointed counsel for Jamie Demond Bell in this direct

criminal appeal has moved to resubmit a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). We also construe this motion as renewed motion to withdraw from further representation of the appellant. Counsel's motion to resubmit the brief originally filed on March 29, 2005 is **GRANTED**. Moreover, our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's renewed motion to withdraw is **GRANTED**, and Bell's conviction and sentence are **AFFIRMED**.